IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC REYNOLDS,            )
                            )
    Petitioner,             )
                            )
v.                          )   CASE NOS. CV416-194
                            )             CR412-239
UNITED STATES OF AMERICA,   )
                            )
    Respondent.             )
                            )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which Petitioner has filed objections (Doc. 12). After a careful de novo review of the record, the Court determines that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2255 Motion is **DISMISSED** for lack of jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **30th** day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA