AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Cedric Reynolds,

                                                           JUDGMENT IN A CIVIL CASE

              V.                         CASE NUMBER: CV416-194,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/30/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Petitioner's 28 U.S.C. 2255 motion.

| 12/30/16 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(signature)* |
| | *(By) Deputy Clerk* |