IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC REYNOLDS,                    )
                                    )
        Petitioner-Appellant,       )
                                    )
vs.                                 )        Case No. CV416-194
                                    )                 CR412-239
UNITED STATES OF AMERICA,           )
                                    )
        Respondent-Appellee.        )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED this _____ 8th _____ day of December 2020.


_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA